CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 22 2014

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERAMIAH CHAMBERLAIN, | ) | Civil No. 7:14-cv-00013 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD CLARKE, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that:

1. The plaintiff's motions for preliminary injunction (ECF 8), for outside examination by specialists (ECF 10), and for order to show cause (ECF 16) are **DENIED;**

2. The defendants' motions to dismiss (ECF 21 and 25) are **GRANTED,** and the case is **DISMISSED** without prejudice;

3. The Clerk is ordered to **STRIKE** this case from the court's active docket.

The Clerk is also directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: May 22, 2014.

_____
UNITED STATES DISTRICT JUDGE